### Town of Killingsworth v. Town of Goshen.

Depositions taken within twenty miles of a known attorney to the adverse party without notifying him, although the adverse party lives more than twenty miles off — not admitted.

Action of *assumpsit* for disbursements and expenditures for the support of one Sarah Carter, a pauper, alleged to belong to the town of Goshen. Plea — *Nonassumpsit.* Issue to the jury.

John Allen, Esq. attorney-at-law at Litchfield and attorney to the plaintiffs, lived within six miles of Goshen, of which the defendants were informed and who notified said Allen to attend at the taking of their depositions; afterwards the defendants took supplementary depositions of some of the same witnesses, and also of other witnesses without notifying said Allen — which depositions were objected to because said Allen was not notified, and by the court not admitted.   See Williams v. Fitch, Windham September Term, A. D. 1791.